PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    Facsimile: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DILBAR NARZIKULOVA,<br><br>            Plaintiff,<br><br>  v.<br><br>DANIELLE LEHMAN,[1] Director of the San Francisco Asylum Office,<br><br>            Defendant. | 3:24-cv-08974 WHO<br><br>**STIPULATION TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA; [PROPOSED] ORDER**<br><br>Hon. William H. Orrick |

      Pursuant to 28 U.S.C. § 1404(a), the parties, through their undersigned attorneys, hereby stipulate and respectfully request the Court to transfer this case to the United States District Court for the Central District of California. The Central District of California is a district where this case might have been brought because Plaintiff seeks scheduling of an interview on her asylum application, which is being processed at the United States Citizenship and Immigration Services Los Angeles Field Office. Moreover, Plaintiff's current address is in Valley Village, California, and all parties consent to transfer to the Central District of California. The parties further stipulate that Defendant's time to respond to the complaint is extended to sixty days after this case is docketed with the United States District Court for

---

[1] Danielle Lehman is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Stipulation to Transfer
C 3:24-cv-08974 WHO               1

the Central District of California.

Dated: February 20, 2025

Respectfully submitted,[2]

PATRICK D. ROBBINS
Acting United States Attorney

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendant

Dated: February 20, 2025

*/s/ Scott A. Emerick*
SCOTT A. EMERICK
Bolour / Carl Immigration Group, APC
Attorney for Plaintiff

## [PROPOSED] ORDER

Pursuant to the stipulation, IT IS SO ORDERED. This case hereby is transferred to the United States District Court for the Central District of California. Defendant's time to respond to the complaint is extended to sixty days after this case is docketed with the United States District Court for the Central District of California.

Date:   February 21, 2025

WILLIAM H. ORRICK
United States District Judge

---

[2] In compliance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

Stipulation to Transfer
C 3:24-cv-08974 WHO                             2